**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE ILWU-PMA PENSION PLAN,<br><br>             Plaintiff,<br><br>   v.<br><br>LINDRA ANDERSON, et al.,<br><br>             Defendants.<br>_____/ | No. C 14-03694 JSW<br><br>**ORDER TO SHOW CAUSE** |

By Order dated February 2, 2015, this Court set a case management conference for March 6, 2015. On March 6, 2015, the Court held the initial case management conference in this matter. Counsel for Defendant Ira Anderson did not appear. Accordingly, Defendant Ira Anderson is HEREBY ORDERED TO SHOW CAUSE in writing as to why default should not be ordered against her, and why the Court should not impose monetary sanctions in the amount of $500.00. Defendant's response to this Order shall be due no later than March 13, 2015.

**IT IS SO ORDERED.**

Dated: March 9, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE