1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF THE ILWU-PMA PENSION
PLAN,

        Plaintiff,

  v.

LINDRA ANDERSON et al.,

        Defendants.

_____/

No. C 14-03694 JSW

**ORDER VACATING ORDER TO
SHOW CAUSE**

18      By Order dated February 2, 2015, this Court set a case management conference for

19 March 6, 2015.  On March 6, 2015, the Court held the initial case management conference in

20 this matter.  Counsel for Defendant Ira Anderson did not appear.  On March 9, 2015, the Court

21 ordered Defendant to show cause why sanctions should not be imposed and default entered due

22 to counsel's failure to appear.  On March 13, 2015, counsel filed a response, explaining that her

23 case management system was destroyed in early 2015.  Counsel further stated that, although she

24 believed she had two separate backup systems, one backup was found not to exist, and the other

25 was not accessible.  Counsel explained that her office has been attempting to reconstruct the lost

26 data, but missed the March 6, 2015 case management conference.

27 //

28

1       The Court finds counsel's explanation persuasive and therefore VACATES the Order to

2  Show Cause.  No sanctions shall issue at this time and default shall not be entered.

4       **IT IS SO ORDERED.**

6  Dated: March 17, 2015



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2