LEONARD CARDER, LLP
Christine S. Hwang (SBN 184549)
chwang@leonardcarder.com
Lindsay R. Nicholas (SBN 273063)
lnicholas@leonardcarder.com
Anna L. Scholin (SBN 283904)
ascholin@leonardcarder.com
1188 Franklin Street, Suite 201
San Francisco, California 94109
Telephone:    (415) 771-6400
Facsimile:    (415) 771-7010

SEYFARTH SHAW LLP
D. Ward Kallstrom (SBN 76937)
wkallstrom@seyfarth.com
Kathleen Cahill-Slaught (SBN 168129)
kslaught@seyfarth.com
Courtney K. Bohl (SBN 278812)
cbohl@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Co-Counsel for Plaintiffs
THE JOINT TRUSTEES OF THE
ILWU-PMA PENSION PLAN

LAW OFFICE OF RITA A. HOLDER
Rita A. Holder (SBN 111302)
rita@ritaholderlaw.com
560 Lennon Lane, Suite 100
Walnut Creek, CA 94598
Telephone:  (925) 464-7438
Fax:            (925) 943-1427

Attorney for Defendant
IRA J. ANDERSON


Lindra Anderson
lindraanderson56@outlook.com
105 Haman Lane West
Lakewood, Washington 98499
Telephone:  (253) 874-2418

In pro per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE ILWU-PMA PENSION PLAN,<br><br>            Plaintiffs,<br><br>    v.<br><br>LINDRA ANDERSON and IRA J. ANDERSON,<br><br>            Defendants. | Case No.: 4:14-cv-03694-LB<br><br>**JOINT STIPULATION REQUESTING COURT ISSUE ORDER & [PROPOSED] ORDER** |

1

JOINT STIPULATION REQUESTING COURT ISSUE ORDER & [PROPOSED] ORDER /
Case No. 4:14-CV-03694-LB

20635771v.1
20635771v.2

1  Pursuant to Local Rule 7-12 Plaintiffs Trustees of the ILWU-PMA Pension Plan,
2  Defendant Lindra Anderson and Defendant Ira J. Anderson through their respective counsel
3  stipulate as follows:
4      1.    On August 11, 2015, the parties participated in an Early Neutral Evaluation
5  ("ENE") and mediation with neutral Steve Schrey. Following the Evaluation, the parties agreed
6  to participate in mediation and reached a settlement in the above referenced matter.
7      2.    Pursuant to the terms of the settlement, the parties jointly agree to and request that
8  the Court issue an order:
9          a.    Declaring Ira J. Anderson to be Richard Anderson, Jr.'s qualified
10 surviving spouse;
11         b.    Directing the ILWU-PMA Pension Plan (the "Plan") to pay the segregated
12 survivor benefits on account of Richard Anderson, Jr. to the Trust Account of Rita Holder,
13 attorney of record for Ira J. Anderson within 10 business days of the date of the Court's order;
14         c.    Directing the Plan to pay any future survivor benefits on account of
15 Richard Anderson, Jr. to Ira J. Anderson;
16         d.    Ordering that Plaintiffs Trustees of the ILWU-PMA Pension Plan, the
17 Benefit Plans Office, the International Longshore and Warehouse Union and Pacific Maritime
18 Association be released and discharged from any liability for their payment of monthly survivor
19 benefits payable under the Plan on account of Richard Anderson, Jr. in accordance with the
20 Court's order;
21         e.    Dismissing the above referenced case with prejudice; and
22         f.    Ordering that each party will bear its own attorney's fees and costs.
23 **IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: October 26, 2015

LEONARD CARDER LLP

By   /s/ Lindsay R. Nicholas
     Lindsay R. Nicholas
     Anna L. Scholin

SEYFARTH SHAW LLP

By   /s/ Courtney K. Bohl
     Kathleen Cahill-Slaught
     Courtney K. Bohl

CO-COUNSEL FOR THE JOINT TRUSTEES OF THE ILWU-PMA PENSION PLAN

Dated: October 26, 2015

By   /s/ Rita A. Holder

     Rita A. Holder

ATTORNEY FOR DEFENDANT IRA J. ANDERSON

Dated: October 26, 2015

By   *Lindra V. Anderson*

     Lindra V. Anderson

IN PRO PER

1 **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

2   I, Courtney K. Bohl, attest that concurrence in the filing of this document has been

3 obtained from the signatories Lindsay Nicholas, Lindra V. Anderson and Rita Holder.

4   Executed this 9th day of ~~October,~~ November 2015 in Sacramento, California.

6           By    /s/ Courtney K. Bohl
7                 Courtney K. Bohl

28                                4
JOINT STIPULATION REQUESTING COURT ISSUE ORDER & [~~PROPOSED~~] ORDER /
Case No. 4:14-CV-03694-LB
20635771v.1
20635771v.2

## ORDER

Pursuant to the Parties' stipulation and good cause appearing therefore, the Court hereby orders the following:

    a.    Ira J. Anderson is Richard Anderson, Jr.'s qualified surviving spouse;

    b.    The ILWU-PMA Pension Plan (the "Plan") shall pay the segregated survivor benefits on account of Richard Anderson, Jr. to the Trust Account of Rita Holder, attorney of record for Ira J. Anderson within 10 days of the entry of this Order;

    c.    The Plan shall pay any future survivor benefits on account of Richard Anderson, Jr. to Ira J. Anderson;

    d.    Plaintiffs Trustees of the ILWU-PMA Pension Plan, the Benefit Plans Office, the International Longshore and Warehouse Union and Pacific Maritime Association are hereby released and discharged from any liability for their payment of monthly survivor benefits payable under the Plan on account of Richard Anderson, Jr. that are paid in accordance with this Court's order;

    e.    This case is hereby dismissed with prejudice and each party shall bear their own attorney's fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 13, 2015

UNITED STATES MAGISTRATE JUDGE